UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE FIGUEROA GUZMAN,

Petitioner,

v.

M.E. SPEARMAN,

Respondent.

No. 2:18-cv-0911-MCE-EFB P

ORDER

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 13, 2020, are ADOPTED in full;

///

2. Respondent's motion to dismiss (ECF No. 10) is GRANTED;

3. The petition is DISMISSED as time-barred and for failure to present a claim that entitles him to federal habeas relief;

4. The Clerk is directed to close the case; and

5. The court declines to issue a certificate of appealability.

IT IS SO ORDERED.

DATED: March 24, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE